IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD R. McCUTCHEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEKALB COUNTY SCHOOL DISTRICT, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:23-CV-04768-VMC-JEM |

## ORDER

Pending before the Court is Plaintiff's Motion For An Extension of Time to Answer Defendant's Motion to Dismiss. (Doc. 21.) Plaintiff seeks a 30-day extension of time, and states that he needs the additional time to conduct research, and to potentially seek counsel. (*Id.*) Defendant does not oppose the requested extension. (Doc. 22.)

For good cause shown, Plaintiff's motion, (Doc. 21), is **GRANTED**. Plaintiff shall have until **June 5, 2024**, to file a response to Defendant's pending motion to dismiss the complaint.

**SO ORDERED** May 6, 2024.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE